**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **Criminal No. H-12-244-S** |
| **v.** | § | |
| | § | **JUDGE GRAY H. MILLER** |
| **NICK PATZAKIS, D.O.,** | § | |
| **VALDIE JACKSON,** | § | Rhonda Moore-Konieczny, Case Manager |
| **VALNITA TURNER, R.N.,** | § | |
| **JARVIS THOMAS,** | § | _____, Court Reporter |
| **ROSA DAVIS, R.N., and** | § | |
| **MARTHA CLAIRE DENNING, R.N.,** | § | |
| | § | |
| **Defendants** | § | |

**EXHIBIT LIST OF THE UNITED STATES OF AMERICA**

| No. | Description | Offered | Objection | Date Admitted | Date Not Admitted |
|---|---|---|---|---|---|
| 1 | Medicare Provider Enrollment Application for Houston Compassionate Care, Inc. ("HCC") | | | | |
| 1A | Blank Medicare Enrollment Application | | | | |

1

| No. | Description | Offered | Objection | Date Admitted | Date Not Admitted |
|---|---|---|---|---|---|
| 2 | Medicare Provider Enrollment Application for Jackson Home Healthcare, Inc.  ("JHH") | | | | |
| 3 | Medicare Provider Enrollment Application for Prestige Health Services, Inc. ("PHS") | | | | |
| 4 | Medicare Claims Data for HCC, JHH, PHS, Nick Patzakis, and Ben Echols (on CD) | | | | |
| 4A | Merged Medicare claims data for Indictment period for HCC, JHH, and PHS (on CD) | | | | |
| 5 | Medicare Provider Manual Chapter 7, HHA | | | | |
| 6 | Blank Form 485 | | | | |
| 7 | Signature card for Chase Bank Account, Houston Compassionate Care, Inc., Acct. No. XXXXXX1675-65 | | | | |
| 8 | Signature card for Capital One Bank Records, Texas Comprehensive Healthcare Resources, Inc., Acct. No. XXXXX70134 | | | | |
| 9 | Signature card for Frost National Bank Records, Dr. Nick Patzakis, Acct. No. XXXXXX176 | | | | |

| No. | Description | Offered | Objection | Date Admitted | Date Not Admitted |
|---|---|---|---|---|---|
| 10 | Texas Comprehensive Healthcare Resources, Inc. Articles of Incorporation | | | | |
| 11 | Community Outreach Network Articles of Incorporation | | | | |
| 12 | Harris County Hospital District accessed patients (on CD) | | | | |
| 13 | Consensual Recording, Thomas-Jackson (on CD) | | | | |
| 14 | Handwritten patient information sheets from search | | | | |
| 15 | Black folder with patient information sheets from  Lisa Jones | | | | |
| 16 | Copy of call script from exhibit 15 | | | | |
| 17 | E.D. HCC patient file | | | | |
| 18 | E.D. documents from Dr. Serna | | | | |
| 19 | HCC Billing Sheet for E.D. | | | | |
| 20 | J.M. HCC Patient File | | | | |

| No. | Description | Offered | Objection | Date Admitted | Date Not Admitted |
|---|---|---|---|---|---|
| 21 | HCC Billing Sheet for J. M. | | | | |
| 22 | B. J. HCC Patient File | | | | |
| 23 | B.J. documents from Dr. Martin | | | | |
| 24 | HCC Billing Sheets for B.J. | | | | |
| 25 | A.S. HCC Patient File | | | | |
| 26 | J.C. PHS patient File | | | | |
| 27 | C.P. JHH Patient File | | | | |
| 28 | C.P documents from Dr. Krucke | | | | |
| 29 | S.L. JHH Patient File | | | | |
| 30 | M.D. HCC Patient File | | | | |
| 31 | M.D. Documents from Dr. Nicholas | | | | |

| No. | Description | Offered | Objection | Date Admitted | Date Not Admitted |
|---|---|---|---|---|---|
| 32 | HCC Billing Sheets for M.D. | | | | |
| 33 | M.C. HCC Patient File | | | | |
| 34 | HCC Billing Sheet for M.C. | | | | |
| 35 | B.D. PHS Patient File | | | | |
| 36-37 | *Intentionally Left Blank* | | | | |
| 38 | F.S. HCC Patient File | | | | |
| 39 | F.S. documents found at HCC | | | | |
| 40 | F.S. documents from Dr. Lu | | | | |
| 41 | P.O. PHS Patient File | | | | |
| 42 | P.O. documents from Dr. Warwick | | | | |
| 43-49 | *Intentionally Left Blank* | | | | |

| No. | Description | Offered | Objection | Date Admitted | Date Not Admitted |
|---|---|---|---|---|---|
| 50 | R.P. JHH Patient File | | | | |
| 51 | *Intentionally Left Blank* | | | | |
| 52 | K.M. JHH Patient File | | | | |
| 53 | HCC Administrative Policies & Procedures for Physician Orders | | | | |
| 54 | HCC PAC Minutes | | | | |
| 55 | 2007 DADS Survey | | | | |
| 56 | 2007 Plan of Correction | | | | |
| 57 | DADS Patient-Client/Personnel Record Identification Key | | | | |
| 58 | Checks to Ben Echols from Houston Compassionate Care, Chase Bank Acct. No. XXXXXX1675-65 | | | | |
| 59 | Echols Medical Director Contract, HCC | | | | |
| 60 | Checks to Nick Patzakis from Prestige Health Services, Chase Bank Acct. No. XXXXXXXX1865 | | | | |

| No. | Description | Offered | Objection | Date Admitted | Date Not Admitted |
|---|---|---|---|---|---|
| 61 | Patzakis Medical Director Contract, PHS | | | | |
| 62 | Valnita Turner HCC Employee File | | | | |
| 63 | Valnita Turner TCHR Employee File | | | | |
| 64 | Valdie Jackson JHH Employee File | | | | |
| 65 | Valdie Jackson HCC Employee File | | | | |
| 66 | Rosa Davis HCC Employee File | | | | |
| 67 | Rosa Davis JHH Employee File | | | | |
| 68 | Rosa Davis TCHR Employee File | | | | |
| 69 | Martha Denning HCC Employee File | | | | |
| 70 | Martha Denning JHH Employee File | | | | |
| 71 | Natalie Liggett HCC Employee File | | | | |

| No. | Description | Offered | Objection | Date Admitted | Date Not Admitted |
|---|---|---|---|---|---|
| 72 | Lisa Jones TCHR Employee File | | | | |
| 73 | Lisa Jones HCC Independent Contractor Services Agreement | | | | |
| 74 | HCC and TCHR Services Agreements | | | | |
| 75 | HCC and Valdie Jackson Services Agreement | | | | |
| 76 | JHH and TCHR Services Agreements | | | | |
| 77 | TCHR and Doctors Choice Services Agreement | | | | |
| 78 | HCC and Doctors Choice Services Agreement | | | | |
| 79 | Black Spiral Notebook from HCC search | | | | |
| 80 | HCC Billing Sheets | | | | |
| 81 | *Intentionally Left Blank* | | | | |
| 82 | HCC Patient Client Orientation for Home Health Care | | | | |

8

| No. | Description | Offered | Objection | Date Admitted | Date Not Admitted |
|---|---|---|---|---|---|
| 83 | HCC Search Photos  (on CD) | | | | |
| 84 | Doctor's Choice Medical Billing Invoices to TCHR | | | | |
| 85 | Summary Charts | | | | |

9

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

Dated:  September 9, 2013

                                       /S/

                              Christopher Cestaro
                              Trial Attorney